ORIGINAL

Name and Prisoner/Booking Number: Mr. DONALD CANFIELD No. AS7913 c/o
Place of Confinement: California Medical Facility, Housing H-113L
Mailing Address: 1600 California Drive, P.O. Box 2500
City, State, Zip Code: Vacaville, California 95696-2500

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED
MAY 1 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

(Full Name of Plaintiff) MR. DONALD CANFIELD,
Plaintiff,

(Full Name of Defendant)
(1) California Department of Corrections And Rehabilitation,
(2) Dr. NARINDER SAUKHLA,
(3) MR. J. LEWIS, DR. JOSEPH BICK,
(4) DR. DONALD MATHIS, Does 1 thru 25 et al.,
Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:18-CV-1092 CMK (PC)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: California Medical Facility, Vacaville, CA. 95696

## B. DEFENDANTS

1. Name of first Defendant: California Dept. of Corrections & Rehabilitation. The first Defendant is employed as: California State Prison, State of California at C.M.F. Vacaville, California.
   (Position and Title) (Institution)

2. Name of second Defendant: DR. NARINDER SAUKHLA. The second Defendant is employed as: C.M.F., State of California, Medical Doctor at California Medical Facility, Vacaville, CA.
   (Position and Title) (Institution)

3. Name of third Defendant: MR. J. LEWIS. The third Defendant is employed as: Deputy Director, Police & Risk Management Services at C.M.F. California Correctional Health Care Services
   (Position and Title) (Institution)

4. Name of fourth Defendant: DR. JOSEPH BICK. The fourth Defendant is employed as: CHIEF MEDICAL OFFICER & Executive Officer at C.M.F. Vacaville, California.
   (Position and Title) (Institution)

5. Does 1 thru 25 et al,.

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ■ No

2. If yes, how many lawsuits have you filed? None ⊖ Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: N/A _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: N/A _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: N/A _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: **Deliberate Indifference To To Serious Medical Needs in Violation of 8th and 14th Amendments U.S. Constitution**

2. **Claim I**. Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   In 2014 Plaintiff stumbled in the shower at DVI Tracy Prison, & had bone chips & suffered 24/7 chronic arthritis. Plaintiff submitted numerous California Dept. of Corrections & Rehabilitation ("CDCR") Sick Call requests beginning immediately. X-Rays were ordered due to severe suffering, excruciating pains to Plaintiffs right ankle. Plaintiff was seen by prison M.D.'s and surgeon informing Plaintiff that he needed corrective surgery. In July 2014 Plaintiff is informed he was being transferred to Robert J. Donovan Prison in San Diego where surgery would be done immediately. For over several months Plaintiff cannot walk adequately, shower, or sleep due to 24/7 chronic pains. After several more months passing Plaintiff is informed he is being put up for an extended stay at DVI Tracy Prison. Nothing is being done for Plaintiffs right ankle injury & Plaintiffs right foot & right leg below plaintiffs right knee is now turning black, becoming infected & awful 24/7 pains & suffering ongoing. Plaintiff now is informed Plaintiff is being transferred to the California Medical Facility Prison in Vacaville, CA, around December 2014. The emotional distress & mental anguish is awful day & night, allowing Plaintiff to suffer continuously much needed medical surgery. On or about January 09, 2015, Plaintiff is transferred to the C.M.F. Prison in Vacaville CA. Plaintiff daily is complaining to CMF M.D.'s, nurses how bad the pains & infection is spreading. Plaintiff was denied medical care & surgery by defendants deliberate indifference causing the loss of lower right leg and right foot.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   24/7 chronic pain & suffering, emotional distress, mental anguish & loss of right lower leg & foot due to defendants MD Narinder Salkhla, Mr. J. Lewis, DVI CCI Tracy, CMF ND Matthew DVI Tracy Dr. Ms. Adlguaye MD John M. Bowbak, CMO Dr. Joseph Bick, MD A. Sawki/Andrew, David M. Does one thru 25, and Mr. J. Lewis Deputy Director Policy & Risk Mgt. Andrew G.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

**CLAIM II**

1. State the constitutional or other federal civil right that was violated: _Cruel and Unusual Punishment in Violation of the 8th & 14th Amendments to U.S. Constitution & Article I, Sec. 17 Ca. Const._

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: _PAIN & SUFFERING 24/7_

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Plaintiff suffered cruel & unusual punishments and gross negligence of a professional nature, by defendants, and each of them, for deliberate indifference to plaintiff's serious medical needs causing Plaintiff the loss of his lower right leg, right ankle, and right foot, in violation of Plaintiff's Eighth and Fourteenth Amendment to US Constitution & Article I, Sec. 17 of Calif. Constitution. On or about the beginning of 2014 through & including August 12, 2016, when plaintiff lost his right lower leg, ankle & foot, and even in January 2017 Plaintiff was issued a improper, false leg, just below Plaintiff's right knee but was too long causing Plaintiff to suffer 24/7 pains & emotional distress, mental anguish for another month for a new LEG ADJUSTMENT WHICH AGAIN WAS TOO LONG & FINALLY IN MARCH 2017, "THREE (3) YEARS LATER" Plaintiff receives another LOWER LEG, ANKLE & FOOT. Plaintiff still suffers. On or about January 09, 2015, when Plaintiff is transferred to CMF in Vacaville CA., on January 12, 2015 Plaintiff is taken back to San Joaquin Hospital to see surgeon Doe One, who informed Plaintiff & the C.M.F. Prison Medical Department that Plaintiff needed corrective surgery on his right Ankle. Around November 2015, upon information & belief, Plaintiff is informed by Phy. & Surgeon Dr. DAVID M. MATHEA that Plaintiff must first be cleared by cardiac, vascular & other medical doctors before ankle surgery could be scheduled & completed. Around February 2016, Plaintiff is cleared for right ankle surgery. From February 2016 thru May 2016, Plaintiff continued to file & inform medical staff pains & infection were now going up his right leg & becoming black in color. Plaintiff amid was seen numerous times by defendants Mathea, Bick, Andrew Sawik, Varinder Saukhla & several Doe Defendants 1 thru 25, who all blatantly refused to treat or send Plaintiff out for surgery causing ongoing 24/7 chronic pains & suffering, infection, emotional distress & loss of right lower leg.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Ongoing 24/7 chronic pains & suffering, infection, emotional distress, mental anguish, unable to walk, shower, sleep & loss of right lower leg, right ankle, and right foot. Suffered over one year due to defendants, and each of them being deliberately indifferent to Plaintiff.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim II?   ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level?   ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

**CLAIM III**

1. State the constitutional or other federal civil right that was violated: Plaintiff was DENIED his 1st, 8th & 14th Amendments & Article I, Section 17 Ca. Const. to be FREE from INFLICTION OF EMOTIONAL DISTRESS

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ■ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ■ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ■ Other: Intentional Infliction of Emotional Distress

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Defendants California Dept. of Corrections & Rehabilitation employed by Defendant State of California, along with Defendants MD Navinder Saukhla, J. Lewis, Joseph Bick, CCI John Doe 2, Dr. Ms. Adawonee Jane Doe 3, David M. Matheta, John M. Bowbank, Andrew Sawiki, J. Lewis, and Does one thru twenty-five, and each of them caused Plaintiff over three (3) years intentional infliction of emotional distress & mental anguish to vex, injure, annoy & harass Plaintiff. Plaintiff continuously filed medical sick call requests & spoke over & over to Ms. MD Awonee Jane Doe 3, John M. Bowbak, Andrew Sawiki, Navinder Saukhla, and Doe Defendants 1 thru 25 and 602 appeals thru final levels of review to Defendant Mr. J. Lewis Deputy Director where Plaintiff continuously asked Defendants and each of them "how much longer Plaintiff would have to continue 24/7 suffering both physical & mental all because Defendants and each of them continued to be deliberately indifferent to Plaintiff's ongoing serious much needed surgery from DVI TRACY and after arriving to CMF Vacaville, CA. All acts & omissions and such deprivation while acting under color of law were perpetrated by each Defendant in their official & individual capacities. Numerous X-Rays & Test Results were evaluated by all Defendants named & Doe Defendants which determined Plaintiff needed Corrective Right Ankle Surgery as early as beginning 2014, but were not performed for over three years causing Plaintiff to lose his right lower leg, right ankle & right foot, in violation of state & federal rights secured to Plaintiff under both the United States Federal Constitution & the California Constitution.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Ongoing 24/7 chronic pains & suffering, infection, emotional distress, mental anguish, unable to walk, shower, sleep & loss of right lower leg, right ankle, and right foot. Suffered over one year due to defendants and each of them being deliberately indifferent.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ■ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III? ■ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level? ■ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

5

## E. REQUEST FOR RELIEF

State the relief you are seeking: Plaintiff requests this Honorable Court, to appoint counsel to assist plaintiff to help in Discovery and opposition motions that this Plaintiff being a layman in law & who has no legal training has no idea what to do. Other inmates have assisted & helped Plaintiff in the preperation of this complaint because Plaintiff has no idea what Plaintiff needs to do to articulate his claims & damages sustained. Plaintiff prays for special damages according to proof, and punitive damages to punish Defendants for their wrongful conduct & set an example, for others & Plaintiffs DEMAND FOR JURY TRIAL.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 29, 2018
DATE

Signature of Plaintiff: Donald Canfield

Donald Canfield

Inmate Robert F. Baker, Jr.
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

**III. Statement of Claim's** one, two, and three.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

Defendants and each of them deprived Plaintiff of rights, privileges, and immunities secured to him by the Constitution of the United States and the Constitution & laws of the State of California in that Plaintiff suffered excruciating pains, emotional distress, mental anguish violating the Eighth & due process & equal protection clauses of the Fourteenth Amendments of the United States Constitution and Article I, section 17, of the California Constitution. As a direct & proximate result of the wrongful acts of Defendants & each of them, Plaintiff was damaged both physically & mentally & suffered humiliation, anxiety, and emotional and physical distress as well as the loss of Plaintiff's lower right leg, ankle and foot, as well as possible future personal injuries that will continue into the future, as well as ongoing 24/7 chronic pains and suffering.

**IV. Relief.**

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

PLAINTIFF seeks compensatory damages for humiliation, anxiety, physical distress, and injuries suffered & future suffering as a direct result of Defendants wrongful acts, deliberate indifference, cruel & unusual punishment as described herein, plus attorney representation if appointed, punitive, exemplary, & constitutional damages, general damages and all costs.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: April 29, 2018    Donald Canfield
              Date                Signature of Plaintiff

Donald Canfield

PRISONER COMPLAINT (rev. 8/2015)
*Page 3 of 3*