1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    DONALD CANFIELD,                          No.  2:18-CV-1092-KJM-DMC-P

12              Plaintiff,

13         v.                                   ORDER

14    CALIFORNIA DEPARTMENT OF
      CORRECTIONS AND
15    REHABILITATION, et al.,

16              Defendants.

17

18              Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

19    42 U.S.C. § 1983.  Pending before the court is plaintiff's motion (ECF No. 26) for an extension of

20    time to file a third amended complaint.  Good cause appearing therefor, plaintiff's motion is

21    granted.  Plaintiff may file a third amended complaint within 30 days of the date of this order.

22              IT IS SO ORDERED.

23

24    Dated:  November 18, 2019

25                                              _____
                                                DENNIS M. COTA
26                                              UNITED STATES MAGISTRATE JUDGE

27

28

                                                  1