IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD CANFIELD, | No. 2:18-CV-1092-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| NARINDER SAUKHLA, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Defendants' unopposed motion, ECF No. 41, for a first modification of the Court's October 19, 2020, scheduling order. Good cause appearing therefor, Defendants' motion will be granted.

Accordingly, IT IS HEREBY ORDERED that

1. Defendants' unopposed motion, ECF No. 41, for a first modification of the Court's scheduling order is granted.

2. The parties may conduct discovery until September 20, 2021. All requests for discovery pursuant to Fed. R. Civ. P. 30, 31, 33, 34, 36, and 45 shall be served by this discovery cut-off date. Any motions necessary to compel discovery shall be filed within 60 from this cut-off date.

///

1

3. All dispositive motions shall be filed within 90 days after the discovery cut-off date specified above;

Dated: May 18, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE