1

2

3

4

5

6

7

8                     **IN THE UNITED STATES DISTRICT COURT**

9                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    DONALD CANFIELD,                          No.  2:18-CV-1092-KJM-DMC-P

12                    Plaintiff,

13           v.                                 <u>ORDER</u>

14    NARINDER SAUKHLA, et al.,

15                    Defendants.

16

17           Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18    42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion to compel, ECF No. 43.

19           Plaintiff's motion is defective.  Plaintiff seeks to compel further responses to

20    requests for production.  While Plaintiff states that the discovery requests at issue are attached to

21    his motion as Exhibit 1, there is no Exhibit 1 accompanying Plaintiff's motion.  Moreover,

22    Plaintiff has not provided the Court with a copy of Defendants' allegedly deficient responses.

23    Absent a copy of the discovery and responses at issue, it is impossible for the Court to evaluate

24    Plaintiff's motion, which is denied without prejudice.

25           IT IS SO ORDERED.

26    Dated:  July 29, 2021

27                                              _____
                                                DENNIS M. COTA
28                                              UNITED STATES MAGISTRATE JUDGE

                                                1