IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD CANFIELD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NARINDER SAUKHLA,<br><br>　　　　Defendant. | No. 2:18-CV-1092-KJM-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Defendant's motion, ECF No. 46, to opt-out of Alternative Dispute Resolution (ADR). Good cause appearing therefor, Defendant's motion is granted. The stay of proceedings issued on September 14, 2021, is hereby lifted. The parties may conduct discovery consistent with the Court's October 19, 2020, scheduling order through November 9, 2021. Dispositive motions are due to be filed within 90 days of this date.

　　　　IT IS SO ORDERED.

Dated: October 25, 2021

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1